**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Pedro OCHOA–CORNEJO,
Defendant–Appellant.**

**No. 03–41549
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 23, 2004.

Mitchel Neurock, Laredo, TX, James Lee Turner, Assistant U.S. Attorney, Houston, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Federal, Public Defender, Jeffrey L. Wilde, Assistant Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, Houston, TX, for Defendant–Appellant.

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Pedro Ochoa–Cornejo (Ochoa) appeals his guilty plea conviction for illegal reentry

---

* Pursuant to 5TH CIR. R. 47.5, the court has

determined that this opinion should not be

into the United States following an aggravated felony conviction in violation of 8 U.S.C. § 1326. For the first time on appeal, Ochoa argues that the sentencing provisions of 8 U.S.C. § 1326(b)(1) & (2) are unconstitutional in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). Ochoa acknowledges that his argument is foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), but he seeks to preserve the issue for Supreme Court review. *Apprendi* did not overrule *Almendarez–Torres. See Apprendi,* 530 U.S. at 489–90; *United States v. Dabeit,* 231 F.3d 979, 984 (5th Cir.2000). Accordingly, the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.